IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BERONICA STARR DURAN,

      Plaintiff,                                                No. 1:18-cv-00349-KRS

v.

NANCY A. BERRYHILL, Deputy
Commissioner for Operations, Social
Security Administration,

      Defendant.

## ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS

**THIS MATTER** comes before the Court upon Plaintiff's Motion to Proceed in Forma Pauperis. (Doc. 3). Having reviewed the request, the Court FINDS and CONCLUDES that Plaintiff's motion is well-taken and should be granted. In making this determination, the Court notes that Plaintiff has successfully established that she is unable to prepay the required filing fee and/or that so doing will cause her substantial hardship. *See* 28 U.S.C. § 1915(a)(1).

**IT IS, THEREFORE, ORDERED** that Plaintiff's Motion to Proceed in Forma Pauperis (Doc. 3) is hereby **GRANTED**.

                                                                _____
                                                                KEVIN R. SWEAZEA
                                                                UNITED STATES MAGISTRATE JUDGE